AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| QUALITY IMPORTERS TRADING COMPANY, LLC,<br><br>*Plaintiff(s)*<br>v.<br>RICHARD MUNIR SIMON, an individual, and PLATFORM SOLUTIONS GROUP, LLC, a Florida Limited Liability Company<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:25-cv-23621-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Richard Munir Simon
16355 SW 290 Terrace
Homestead, Florida 33033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan Woodard
Cleo Suero
MALLOY & MALLOY, P.L.
2800 SW Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Angela E. Noble
Clerk of Court

Date: Aug 13, 2025

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| QUALITY IMPORTERS TRADING COMPANY, LLC,<br><br>*Plaintiff(s)*<br><br>v.<br><br>RICHARD MUNIR SIMON, an individual, and<br>PLATFORM SOLUTIONS GROUP, LLC,<br>a Florida Limited Liability Company<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-23621-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Platform Solutions Group, LLC
Richard M. Simon, Registered Agent
16355 SW 290 Terrace
Homestead, Florida 33033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jonathan Woodard
Cleo Suero
MALLOY & MALLOY, P.L.
2800 SW Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Aug 13, 2025

Angela E. Noble
Clerk of Court

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts